```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 31478
   JULIO BARKAN
   KAREN BARKAN                               CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8927     SSN XXX-XX-1415

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/24/2004 and was confirmed 11/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 02/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
HARLEM FURNITURE           SECURED              200.00          24.69         200.00
HARLEM FURNITURE           UNSECURED         NOT FILED            .00            .00
HARRIS BANK                SECURED            12634.00        1495.38       12634.00
HARRIS BANK                UNSECURED               .98            .00            .10
SST                        SECURED             9026.00        1494.44        9026.00
SYSTEMS & SERVICES TECH    SECURED NOT I     NOT FILED            .00            .00
SST                        UNSECURED              .46            .00            .05
AMERICAN EXPRESS TRAVEL    UNSECURED           3697.98            .00         369.80
AMERICAN EXPRESS TRAVEL    UNSECURED           5228.54            .00         522.85
ROUNDUP FUNDING LLC        UNSECURED           7865.55            .00         786.56
DISCOVER FINANCIAL SERVI   UNSECURED           5733.69            .00         573.37
FLEET                      UNSECURED         NOT FILED            .00            .00
HOME DEPOT                 UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          19017.80            .00        1901.78
ECAST SETTLEMENT CORP      UNSECURED           1902.96            .00         190.30
LVNV FUNDING LLC           UNSECURED           6890.51            .00         689.05
RESURGENT ACQUISITION LL   UNSECURED           4945.34            .00         494.53
RESURGENT ACQUISITION LL   UNSECURED           4006.62            .00         400.66
WELLS FARGO FINANCIAL IL   UNSECURED            960.62            .00          96.06
BANK ONE DELAWARE          NOTICE ONLY       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          205.20                        205.20
TOM VAUGHN                 TRUSTEE                                          1,962.81
DEBTOR REFUND              REFUND                                             147.19

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   33,214.82

PRIORITY                                          .00
SECURED                                      21,860.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 31478 JULIO BARKAN & KAREN BARKAN
```

```
     INTEREST                                             3,014.51
UNSECURED                                                 6,025.11
ADMINISTRATIVE                                              205.20
TRUSTEE COMPENSATION                                      1,962.81
DEBTOR REFUND                                               147.19
                                    ---------------   ---------------
TOTALS                                    33,214.82         33,214.82
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE